IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN-CHING LUO, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-6354 |
| OWEN J. ROBERTS SCHOOL | : | (consolidated with Civ. A. No. |
| DISTRICT, GEOFFREY BALL, and | : | 15-4248) |
| CATHY A. SKIDMORE | : | |
| _____ | : | _____ |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | |
| DISTRICT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-2952 |
| B.L., by and through his parent, | : | |
| JENN-CHING LUO, | : | |

**ORDER**

AND NOW, this 28th day of November 2016, upon consideration of **(1)** Jenn-Ching Luo's Motion for Reconsideration in Civil Action No. 14-6354 (No. 14-6354, Dkt. No. 49), Cathy A. Skidmore's response (No. 14-6354, Dkt. No. 52), Sharon Montanye, Esq.'s response (No. 14-6354, Dkt. No. 51), Owen J. Roberts School District and Geoffrey Ball's response (No. 14-6354, Dkt. No. 55) and Luo's reply briefs (No. 14-6354, Dkt. Nos. 53 and 57); **(2)** Luo's Motion for Reconsideration in Civil Action No. 15-2952 (No. 15-2952, Dkt. No. 33), Sweet Stevens Katz & Williams, LLP, Jonathan P. Riba, Esq. and Sharon W. Montanye, Esq.'s response (No. 15-2952, Dkt. No. 34), the School District's response (No. 15-2952, Dkt. No. 35) and Luo's reply brief (No. 15-2952, Dkt. No. 36); **(3)** Luo's Motion for Reconsideration in Civil Action No. 15-4248 (No. 15-4248, Dkt. No. 22), Sharon Montanye, Esq.'s response (No. 15-4248, Dkt. No. 24) and Luo's reply brief (No. 15-4248, Dkt. No. 25) and **(4)** Luo's motion to stay the complaint of the case 15-4248 and open the case 15-4248 (No. 14-6354, Dkt No. 50 &

No. 14-6354, Dkt No. 23), the School District and Geoffrey Ball's response (No. 14-6354, Dkt. No. 54 & No. 15-4248, Dkt. No. 23), Brian Schneider's response (No. 15-4248, Dkt. No. 26) and Luo's reply briefs (No. 14-6354, Dkt. No. 57 & No. 15-4248, Dkt. No. 25 & 27), it is hereby

ORDERED as follows:

1.   Luo's motions for reconsideration (No. 14-6354, Dkt. No. 49; No. 15-2952, Dkt. No. 33; No. 15-4248, Dkt. No. 22) are DENIED.

2.   Luo's motion to stay the complaint of the case 15-4248 and open the case (No. 14-6354, Dkt No. 50 & No. 14-6354, Dkt. No. 23) is DENIED.

3.   Luo shall have until December 23, 2016 to file a second amended consolidated complaint in Civil Action No. 14-6354 setting forth all claims not dismissed with prejudice in either Civil Action No. 14-6354 or Civil Action No. 15-4248.  Failure to file this document by that date shall result in the dismissal with prejudice of all claims dismissed without prejudice in my October 31, 2016 amended order.

_/s Thomas N. O'Neill, Jr._

THOMAS N. O'NEILL, JR., J.